■ AMY STUART WELLS, Respondent, v TODD W. SERMAN, Appellant. [938 NYS2d 439]

Supreme Court's award of interim counsel fees to plaintiff, the monied spouse, based solely on defendant's conduct in delaying the litigation, was improper under Domestic Relations Law § 237. An award of counsel fees under Domestic Relations Law § 237 cannot be made merely to punish a party for claimed discovery delays or for seeking a jury trial on grounds (*see Silverman v Silverman*, 304 AD2d 41, 47-48 [2003]). Concur—Andrias, J.P., Saxe, Acosta, Freedman and Richter, JJ.